UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 and 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS, and ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIENDMAN, P.A.,**<br><br>Petitioners,<br><br>v.<br><br>**CROSSROAD CONSTRUCTION CORP.,**<br><br>Respondent. | 09-CV-6141  (WJM)<br><br>ORDER CONFIRMING ARBITRATION AWARD |

**THIS MATTER** having come before the Court upon Petitioners' Motion to Confirm the Arbitration Award; the Court having considered the moving papers submitted by Petitioners; Respondent having failed to respond to the petition; and a decision having been duly rendered,

**IT IS** on this 19th day of April 2010, hereby,

**ORDERED AND ADJUDGED** that the arbitration award set forth in the Arbitration Award and Order issued on October 14, 2009, is hereby **CONFIRMED**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**